**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **SAMUEL LEDERMAN, et al.,** | ) | **CASE NO. 1:07 CV 845** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **STEPHEN POPOVICH, et al.,** | ) | |
| | ) | **ORDER** |
| **Defendants.** | ) | |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Motion to Dismiss Plaintiffs' Corrected Amended Complaint for Failure to State a Claim on Which Relief Can be Granted (Docket #37) filed by Defendants Stephen Popovich and Popovich Music Group, Ltd. is hereby DENIED.

IT IS SO ORDERED.

 s/Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: July 15, 2008